# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER STEVENSON

NO. 2024 KW 0171

**MAY 13, 2024**

---

In Re: Christopher Stevenson, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 24-WCR-033.

---

**BEFORE:** **GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** Mandamus does not lie in matters in which discretion and evaluation of evidence must be exercised. See **Fire Protection Dist. Six v. City of Baton Rouge Dept. of Public Works,** 2003-1205 (La. App. 1st Cir. 12/31/03), 868 So.2d 770, 772, writ denied, 2004-0299 (La. 4/8/04), 870 So.2d 270.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT